United States District Court
Northern District of Indiana
Hammond Division

UNITED STATES OF AMERICA

v.                                                          Case No. 2:17-CR-73 JVB

JAMES RANOCHAK, et al.                                      **UNDER SEAL**

**OPINION AND ORDER**

This matter is before the Court on the motion to dismiss the indictment in this case filed by Defendant Brent Losier, and joined in by Defendants Charles Ringger and James Ranochak, (DE 192). Defendants raise two grounds for dismissal in their motion: that the Government knowingly used false testimony before the grand jury that indicted them and that it committed *Brady* and other discovery violations.

**Discussion**

With regard to the second ground for dismissal, Defendants claim that the Government's incomplete disclosures have denied them the right to due process and to present a defense. They suggest that one possible remedy is a continuance of the trial to allow them "necessary time and proper access to the originals to prepare for trial." (DE 192, Mot. to Dismiss at 7.) The Court granted them this remedy at the hearing held on September 13, 2019. (*See* DE 197 and 199.) Accordingly, that portion of their motion is denied as moot.

In support of their first ground for dismissal of the indictment, Defendants cite the grand jury testimony of Jennifer Tucker, a DEA investigator who worked on the case. She testified that the Government's expert had said in his report that Dr. Ranochak did not prescribe certain substances "for a legitimate medical purpose" (DE 192 at 2), when the report in fact said that he

did not prescribe those substances "within the scope of a legitimate medical practice." (*Id.*) These are simply two different ways of expressing essentially the same thing. The variance between Tucker's testimony and the report is not significant enough to be called a deliberate falsehood and does not constitute grounds for dismissal of the indictment.

## Conclusion

For the foregoing reasons, Defendants' motion to dismiss the indictment (DE 192) is **DENIED**.

SO ORDERED on September 18, 2019.

s/ Joseph S. Van Bokkelen  
Joseph S. Van Bokkelen  
United States District Judge